HD

Rcv'd by: _____

USDC- BALTIMORE
'24 JUN 3 AM 10:25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kevin Donnell Murphy
_____
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Christopher Green
_____
_____
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __MJM 24 CV 1589__

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Donnell Murphy |
| Street Address | 1503 kingsway road |
| City and County | Baltimore |
| State and Zip Code | Maryland 21218 |
| Telephone Number | 410.435.6789 /443.4531919 |
| E-mail Address | Murphykevinnavys@yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Christopher Green |
| Job or Title (if known) | |
| Street Address | Waterfront Centre 800 9th Street SW |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20024 |
| Telephone Number | |
| E-mail Address (if known) | christopher.green@usda.gov |

2

Defendant No. 2

To all the employees that was involved directly or indirectly put the violation of my due process of law

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See attached document

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Kevinn Donnell Murphy , is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

1.  **If the Basis for Jurisdiction Is a Federal Question**

    **List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.**

Claim against Christopher Green involves allegations of discrimination in the context of a federal grant program administered by the National Institute of Food and Agriculture (NIFA), the specific federal statutes and provisions of the United States Constitution that may be at issue in this case could include:

1.  Title VI of the Civil Rights Act of 1964: This federal statute prohibits discrimination based on race, color, or national, sex origin in programs receiving federal financial assistance. My claim likely involves allegations that Christopher Green's actions violated Title VI by discriminating against me based on one of these protected characteristics.
2.  The Plaintiff asserts that the actions of Defendant Christopher Green, an employee of the National Institute of Food and Agriculture (NIFA), deprived the Plaintiff of their rights under the Due Process Clause of the Fifth Amendment to the United States Constitution. The Due Process Clause guarantees individuals the right to fair treatment and procedural safeguards in administrative proceedings.

In the present case, the Plaintiff contends that the Defendant's actions during the review of the Plaintiff's grant application failed to adhere to the principles of due process. Specifically, the Plaintiff alleges that the Defendant's failure to adequately review the attached documents and provide meaningful feedback deprived the Plaintiff of a fair and impartial evaluation of their proposal.

Furthermore, the Plaintiff asserts that the Defendant's actions lacked transparency and procedural fairness, thereby undermining the integrity of the grant application review process. The Plaintiff contends that such procedural deficiencies violated their rights under the Due Process Clause, as they were denied the opportunity to participate in a fair and unbiased evaluation process.

Given these allegations, the Plaintiff seeks relief from this Honorable Court to remedy the deprivation of their due process rights. The Plaintiff requests that the Court consider the Defendant's actions in light of the requirements of the Due Process Clause and provide appropriate remedies to ensure that the Plaintiff's rights are fully protected.

In conclusion, the Plaintiff contends that the Defendant's actions during the grant application review process violated their rights under the Due Process Clause of the Fifth Amendment. The Plaintiff seeks redress from this Court to rectify the deprivation of their

1

**1. If the Basis for Jurisdiction Is a Federal Question**

**List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.**

due process rights and to ensure that they receive fair treatment and procedural safeguards in all administrative proceedings.

3. **Administrative Procedure Act (APA):** Kevin Donnell Murphy contends that Christopher Green's actions during the grant application review process were arbitrary, capricious, and neglected to fulfill his duties under the Administrative Procedure Act (APA). The APA establishes procedural requirements for federal agency actions, including grant application reviews. Specifically, the Plaintiff alleges that Christopher Green's failure to adequately review the attached documents and provide meaningful feedback constituted arbitrary and capricious conduct under the APA. Such conduct is prohibited by the APA, which mandates that agency actions must be conducted in accordance with the law, supported by substantial evidence, and not arbitrary or capricious. Therefore, Kevin Donnell Murphy may raise claims under the APA to challenge Christopher Green's actions as violative of the procedural requirements and standards set forth by the APA.

4. **Equal Protection Clause of the Fourteenth Amendment:** Kevin Donnell Murphy alleges that Christopher Green's actions during the grant application review process violated their rights under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. The Equal Protection Clause prohibits state and federal governments from denying equal protection of the laws to any person within their jurisdictions. In this case, the Plaintiff contends that Christopher Green's discriminatory actions, which neglected to fulfill his duties sufficiently, violated Kevin Donnell Murphy's right to equal protection under the law. By neglecting to properly review the grant application and failing to provide fair and equitable treatment, Christopher Green deprived Kevin Donnell Murphy of the equal protection of the laws guaranteed by the Fourteenth Amendment. Therefore, Kevin Donnell Murphy alleges that Christopher Green's actions were discriminatory and violated their equal protection rights under the United States Constitution. These statements align with your concerns regarding potential neglect of duty and discrimination by Christopher Green, backed by legal principles such as the APA and the Equal Protection Clause.

2

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* Christopher green_____, is a citizen of the State of *(name)* Washington, DC_____. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* NIFA_____, is incorporated under the laws of the State of *(name)* Washington, DC districColumbia____,.and has its principal place of business in the State of *(name)* Washington, DC_____. *Or* is incorporated under the laws of *(foreign nation)* United States of America____, and has its principal place of business in *(name)* Washington DC_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see attached affidavit affidavit_____

_____

_____

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, not counting interest and costs of court, because Kevin Donnell Murphy, the plaintiff, is seeking declaratory and injunctive relief against Christopher Green, the defendant, regarding the alleged deprivation of due process rights and discriminatory actions in the grant application review process. These claims involve substantial interests and potential damages, including but not limited to:

1.  Financial Losses: Kevin Donnell Murphy may have incurred financial losses as a result of Christopher Green's actions, including the loss of potential funding through the grant program administered by the National Institute of Food and Agriculture (NIFA). The grant application likely involved significant financial resources and potential funding opportunities for Alkebulan Airlines Corporation, of which Kevin Donnell Murphy is the Owner and CEO.
2.  Professional Reputational Harm: Christopher Green's alleged arbitrary and discriminatory actions may have caused damage to Kevin Donnell Murphy's professional reputation and standing within the aviation industry. The negative impact on Alkebulan Airlines Corporation's reputation and credibility could have far-reaching consequences beyond financial losses.
3.  Future Opportunities: The outcome of the grant application review process could have significant implications for Kevin Donnell Murphy's future opportunities in securing federal funding, advancing research and development initiatives, and promoting diversity and inclusion within the aviation sector. The potential harm resulting from Christopher Green's actions extends beyond immediate financial losses to include future opportunities and prospects for Alkebulan Airlines Corporation.
4.  Non-Monetary Relief: In addition to monetary damages, Kevin Donnell Murphy is seeking declaratory and injunctive relief to remedy the alleged violations of due process rights and discriminatory actions by Christopher Green. The value of such relief cannot be precisely quantified but encompasses the importance of vindicating constitutional rights, ensuring fair treatment, and preventing future harm.

Considering the cumulative impact of these factors, the amount in controversy exceeds $75,000, exclusive of interest and costs of court. Therefore, the federal district court has jurisdiction over this matter based on diversity of citizenship and the requisite amount in controversy.

1

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please see attached affidavit affidavit

6

II. Statement of Claim Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Statement of Claim**

Claim acknowledges the inclusion of both Christopher Green and the National Institute of Food and Agriculture (NIFA) as defendants in the lawsuit, recognizing their respective roles and responsibilities in the alleged wrongdoing.

The plaintiff, Kevin Donnell Murphy, asserts claims against Christopher Green, an employee of NIFA, and NIFA itself, arising from actions related to the grant application review process conducted by the agency.

Kevin Donnell Murphy, as the Owner and CEO of Alkebulan Airlines Corporation, submitted a grant application to NIFA under the Women and Minorities in Science, Technology, Engineering, and Mathematics (STEM) Fields funding opportunity. This grant application, identified by Tracking Number GRANT14043566, Application Title "Alkebulan Airlines," and CFDA Number 10.318, was subject to review and evaluation by NIFA personnel, including Christopher Green.

Christopher Green, acting in his capacity as an employee of NIFA, was directly involved in the review and evaluation of grant applications submitted under the aforementioned funding opportunity. On [Date], Christopher Green notified Kevin Donnell Murphy via email that the grant application submitted by Alkebulan Airlines Corporation had been declined for review by NIFA. The reason provided by Christopher Green for the declination was the purported inability to open the attached documents to review the proposal.

The plaintiff contends that Christopher Green's actions, as well as the actions of NIFA, in declining the grant application were arbitrary, capricious, and constituted a violation of Kevin Donnell Murphy's due process rights under the Fifth Amendment to the United States Constitution. Specifically, the plaintiff asserts that Christopher Green, on behalf of NIFA, failed to conduct a thorough and fair review of the grant application submitted by Alkebulan Airlines Corporation, depriving Kevin Donnell Murphy of a fair and impartial evaluation of their proposal.

1

II. Statement of Claim Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Furthermore, the plaintiff alleges that the actions of Christopher Green and NIFA lacked transparency and procedural fairness, thereby undermining the integrity of the grant application review process conducted by the agency.

As a result of the actions of Christopher Green and NIFA, the plaintiff suffered harm, including but not limited to financial losses, reputational damage, and the denial of equal protection under the law guaranteed by the Fourteenth Amendment to the United States Constitution.

The plaintiff seeks declaratory and injunctive relief to remedy the alleged violations of due process rights and discriminatory actions by Christopher Green and NIFA. The plaintiff requests that the Court consider the actions of Christopher Green and NIFA in light of the requirements of the Administrative Procedure Act and the Equal Protection Clause and provide appropriate remedies to ensure that Kevin Donnell Murphy's rights are fully protected.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this affidavit is not being presented for an improper purpose, is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, has evidentiary support for its factual contentions, and otherwise complies with the requirements of Rule 11.

State of _Maryland_ County of _Baltimore_

On this _22_ day of _March 2024_, before me, a Notary Public in and for said County and State, personally appeared ID card_1348924_, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that

2

II. Statement of Claim Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Your Signature _____   Notary Public _____

Your Commission Expiration Date_06/16/2025____

Your Notary ID Number_____

> Jerome V Mckoy Jr
> NOTARY PUBLIC
> BALTIMORE COUNTY
> MARYLAND
> MY COMMISSION EXPIRES June 10, 2025



National Institute of Food

1. **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this affidavit is not being presented for an improper purpose, is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, has evidentiary support for its factual contentions, and otherwise complies with the requirements of Rule 11.

State of _Maryland_          County of _Baltimore_

On this _22_ day of _March_, _2024_, before me, a Notary Public in and for said County and State, personally appeared ID card _1348924_, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Your Signature _[signature]_          Notary Public _[signature]_

Your Commission Expiration Date _06/10/2025_

Your Notary ID Number _____

Jerome V Mckoy Jr
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
MY COMMISSION EXPIRES June 10, 2025

3

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## Certification and Closing

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this affidavit is not being presented for an improper purpose, is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, has evidentiary support for its factual contentions, and otherwise complies with the requirements of Rule 11.

State of _Maryland_ County of _Baltimore_

On this _22_ day of _March_, _2024_, before me, a Notary Public in and for said County and State, personally appeared ID card _1748924_, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Your Signature _____ Notary Public _____

Your Commission Expiration Date _06/10/2025_

Your Notary ID Number _____

Jerome V Mckoy Jr
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
MY COMMISSION EXPIRES June 10, 2025

2

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please see attached affidavit affidavit

7

IV.

## Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## Relief

The plaintiff, Kevin Donnell Murphy, respectfully requests the following relief from the Court:

1. **Declaratory Relief**: A declaration that the actions of Christopher Green, an employee of the National Institute of Food and Agriculture (NIFA), and NIFA itself, in declining the grant application submitted by Alkebulan Airlines Corporation, were arbitrary, capricious, and constituted a violation of Kevin Donnell Murphy's due process rights under the Fifth Amendment to the United States Constitution.

2. **Injunctive Relief**: An injunction ordering Christopher Green and NIFA to conduct a thorough and fair review of the grant application submitted by Alkebulan Airlines Corporation, consistent with the requirements of the Administrative Procedure Act and the principles of due process. This injunctive relief is necessary to prevent ongoing harm to Kevin Donnell Murphy's rights and interests pending the resolution of this matter.

3. **Compensatory Damages**: Monetary damages to compensate Kevin Donnell Murphy for the financial losses, reputational damage, and other harm suffered as a result of the actions of Christopher Green and NIFA. The specific amount of compensatory damages claimed will be determined at trial based on evidence presented regarding the extent of the harm suffered by the plaintiff. The plaintiff initially sought grant funding in the amount of $200,000, with an additional $50,000 requested for supplementary support.

4. **Punitive Damages**: Punitive or exemplary damages may be warranted in this case to deter future misconduct and to punish Christopher Green and NIFA for their wrongful actions. The specific amount of punitive damages claimed will be determined at trial based on evidence presented regarding the egregiousness of the defendants' conduct and the need for deterrence.

1

IV.

**Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

5. **Costs and Attorney's Fees**: An award of costs and reasonable attorney's fees incurred by Kevin Donnell Murphy in bringing this action, as authorized by law.
6. **Further Relief as Deemed Just and Proper**: Such other and further relief as the Court deems just and proper in the circumstances, including any additional remedies or orders necessary to fully redress the violations of Kevin Donnell Murphy's rights and to ensure compliance with applicable law by Christopher Green and NIFA.

The plaintiff asserts that the wrongs alleged in this complaint are continuing at the present time, as both Christopher Green and NIFA have failed to rectify the harm caused by their actions in declining the grant application submitted by Alkebulan Airlines Corporation. Monetary damages at a later time would not adequately compensate Kevin Donnell Murphy for the injuries sustained, as the harm suffered includes ongoing financial losses and reputational damage that cannot be fully quantified at this time. Additionally, such compensation could not be measured given the intangible nature of the harm suffered by the plaintiff as a result of the events described above.

**Certification and Closing**

2

**IV.**

**Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this affidavit is not being presented for an improper purpose, is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, has evidentiary support for its factual contentions, and otherwise complies with the requirements of Rule 11.

State of _Maryland_    County of _Baltimore_

On this _22_ day of _March 2024_, before me, a Notary Public in and for said County and State, personally appeared ID card_ 1348424 _, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Your Signature _[signature]_    Notary Public _[signature]_

Your Commission Expiration Date _06/10/2025_

Your Notary ID Number_____

Jerome V Mckoy Jr
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
MY COMMISSION EXPIRES June 10, 2025

3

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _JUNE 3_, 20_2_ _4_

Signature of Plaintiff    _Kevin Donnell Murphy_

Printed Name of Plaintiff    _Kevin Donnell Murphy_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

8